**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YAYYO, INC., PLAINTIFF(S)/PETITIONER(S) v. HURST CAPITAL LLLP, ET AL., DEFENDANT(S)/RESPONDENTS(S) | CASE NUMBER CV 16-8653-CBM(Ex) **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 16-05** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:
The complaint does not have any federal claims; therefore, the jurisdictional base is diversity. My preference is federal question jurisdiction.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 16-05.

This self-recusal has been Ordered:

- ☑ within 120 days of the Court being assigned said case.
- ☐ after 120 days of the Court being assigned said case.

JANUARY 9, 2017
Date

United States District Judge/Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge Terry J. Hatter, Jr. On all documents subsequently filed in this case, please substitute the initials TJH after the case number in place of the initials of the prior Judge so that the case number will read: 2:16-cv-08653 TJH(Ex).

This is very important because documents are routed to the assigned Judge by means of the initials.

*cc:* ☐ *Previous Judge* ☐ *Statistics Clerk*