KAEDIAN LLP
NANNINA L. ANGIONI (SBN 238052)
nangioni@kaedianllp.com
2029 Century Park East, Suite 400
Los Angeles, CA 90067
Telephone: (310) 893-3372
Facsimile: (310) 893-3191

Attorneys for Plaintiff,
YAYYO, INC., a Delaware corporation

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

YAYYO, INC. a Delaware corporation,

Plaintiff,

v.

HURST CAPITAL, LLLP, a limited liability limited partnership, ZACH HURST an individual, AUSTIN HURST, an individual, RYAN O'CONNOR, an individual, SCOTT CARL EDWARDS, an individual, ROBERT LISIESCKI, an individual, CHRISTOPHER JOHN GILBERT, an individual, JOSEPH ANDREINI III, an individual, and JOSEPH HOFFMAN, an individual, and DOES 1 through 25, inclusive,

Defendants.

Case No: 16-CV-08653-TJH (Ex)

**NOTICE OF LODGING [PROPOSED] ORDER ON PLAINTIFF YAYYO, INC.'S REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Plaintiff YayYo, Inc. hereby lodges the attached [Proposed] Order regarding its Request for Approval of Substitution or Withdrawal of Counsel.

Respectfully submitted,

Dated: January 9, 2017

KAEDIAN LLP



__________________________

NANNINA L. ANGIONI
Attorneys for Plaintiff,
YAYYO, INC., a Delaware corporation

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Ste. 400, Los Angeles, California 90067.

On January 9, 2017, I served the foregoing document titled: **NOTICE OF LODGING [PROPOSED] ORDER RE: REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** on the interested parties in this action as follows:

YayYo, Inc.
c/o Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE 19958
Email: Mr. Ramy El-Batrawi, managing agent at Ramy@Yayyo.com
Email: Sassan Masserat, retained counsel, at info@masseratlaw.com

☐ **BY MAIL** I deposited such envelope in the mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with the postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDEX/UPS** I caused such envelopes to be served via FedEx/UPS. I am readily familiar with the firm's practice of collection and processing of correspondence for FedEx/UPS. Under that practice it would be deposited in a box or other facility regularly maintained by FedEx/UPS for next day delivery.

☒ **BY ELECTRONIC TRANSMISSION** A true and correct copy of the foregoing document(s) was/were transmitted to the electronic mail address(es) on the service list above. The document(s) was/were served electronically and the transmission was reported as completed without error.

☒ **BY CM/ECF ELECTRONIC SERVICE** I caused such document(s) to be served upon all registered users via the Court's (NEF) electronic filing system.

☐ **(STATE)** I declare under the penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under the penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct and that this declaration was executed on January 9, 2017 in Los Angeles, California.

*/s/ Nannina L. Angioni*
Nannina L. Angioni