SASSAN J. MASSERAT, SBN 231104
SMasserat@MasseratLaw.com
**MASSERAT LAW GROUP**
468 North Camden Drive, Second Floor
Beverly Hills, California 90210
Telephone: (310) 601-3034
Facsimile: (310) 943-2315

Attorneys forPlaintiff,
YAYYO, INC., a Delaware corporation

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

YAYYO,INC. a Delaware corporation,

Plaintiff,

v.

HURST CAPITAL, LLLP, a limited liability limited partnership, ZACH HURST an individual, AUSTIN HURST, an individual, RYAN O'CONNOR, an individual, SCOTT CARL EDWARDS, an individual, ROBERT LISIESCKI, an individual, CHRISTOPHER JOHN GILBERT, an individual, JOSEPH ANDREINI III, an individual, and JOSEPH HOFFMAN, an individual, and DOES 1 through 25, inclusive,

Defendants.

Case No: 16-CV-08653-TJH-E
Assigned to Hon. Terry J. Hatter, Jr.

**APPLICATION FOR ENTRY OF DEFAULT OF ZACH HURST.**

Trial Date: None set.

**TO THIS HONORABLE COURT, AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL DEFENDANTS AND THEIR COUNSELS OF RECORD:**

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff YAYYO, INC. requests that the Clerk enter the default of the following Defendant for failure to plead or otherwise defend against this action in a timely manner:

Name of Defendant: ZACH HURST

1) As evidenced by the Proof of Service on file with this Court [Doc. 38], the above-named Defendant was served pursuant to Rule 5 of the Federal Rules of Civil Procedure on December 7, 2016.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on December 28, 2016.

3) The above-named Defendant has failed to plead or otherwise defend against this action in a timely manner.

This request is based on the attached Declaration of Plaintiff's counsel.

DATED: January 20, 2017

MASSERAT LAW GROUP

By: /s/ SassanMasserat

SassanMasserat, Esq.
Attorneys for Plaintiff

**DECLARATION IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT**

I, SASSAN MASSERAT, declare as follows:

1. I am counsel of record for Plaintiff in this action. If called as a witness, I could and would competently testify thereto.
2. Defendant ZACH HURST was *personally* served pursuant to the Federal Rules of Civil Procedure on December 7, 2016, as evidenced by the Proof of Service on file with this Court [Doc. 38].
3. Under Rule 12, Defendant ZACH HURST was required to plead or otherwise respond to the complaint by December 28, 2016. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.
4. Defendant ZACH HURST has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.
5. Defendant ZACH HURST is not a minor or incompetent person, as far as I am aware.
6. Defendant ZACH HURST is not currently in the military service, as far as I am aware, and therefore the Servicemembers Civil Relief Act does not apply.

Executed on January 20, 2017, in Los Angeles, California.

_/s/___Sassan Masserat