David L. Brandon, Esq., SBN: 105505
DBrandon@mpplaw.com
Neda Cate, Esq. SBN: 274971
NCate@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendants,
**ROBERT LISIECKI, CHRISTOPHER GILBERT and JOSEPH HOFFMAN**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YAYYO, INC., A Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>HURST CAPITAL, LLLP, a limited liability limited partnership, ZACH HURST an individual, AUSTIN HURST, an individual, RYAN O'CONNOR, an individual, SCOTT CARL EDWARDS, an individual, ROBERT LISIESCKI, an individual, CHRISTOPHER JOHN GILBERT, an individual, JOSPEH ANDREINI III, an individual, and JOSEPH HOFFMAN, an individual, and DOES 1-25 inclusive,<br><br>Defendants. | Case No.: 2:16-cv-08653 CBM-E<br>[Action Filed: November 21, 2016]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**COMPLAINT SERVED:**<br>Lisiecki: February 4, 2017<br>Gilbert: February 7, 2017<br>Hoffman: January 31, 2017<br><br>**CURRENT RESPONSE DATES:**<br>Lisiecki: February 25, 2017<br>Gilbert: February 28, 2017<br>Hoffman: February 21, 2017<br><br>**REQUESTED RESPONSE DATE:**<br>March 21, 2017 |

WHEREAS, Plaintiff YAYYO, INC. ("Yayyo") filed Case No. 2:16-cv-08653 CBM-E on November 21, 2016, on various defendants including ROBERT LISIESCKI, CHRISTOPHER JOHN GILBERT, and JOSEPH HOFFMAN ("Defendants");

WHEREAS, Yayyo served its summons and complaint on Defendant Lisiescki on February 4, 2017, on Defendant Gilbert on February 7, 2017, and on Defendant Hoffman on January 31, 2017;

WHEREAS, counsel for Defendants was retained on February 14, 2017;

WHEREAS, Yayyo has agreed to a thirty-day extension so that all Defendants may answer and/or respond to Yayyo's initial complaint on the same day, March, 21, 2017;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree that Defendants answer and/or response to Yayyo's complaint in Case No. 2:16-cv-08653 CBM-E shall be due on March 21, 2017.

IT IS SO STIPULATED.

Dated: February 21, 2017

Respectfully submitted,

**MORRIS POLICH & PURDY LLP**

By: _/s/ *David L. Brandon*_

David L. Brandon
(*Dbrandon@mpplaw.com*)
Neda Cate
(Ncate@mpplaw.com)
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
Attorneys for Defendants
**ROBERT LISIESCKI, CHRISTOPHER JOHN GILBERT, AND JOSEPH HOFFMAN.**

DATED: February 21, 2017

Respectfully submitted,

**MASSERAT LAW GROUP**

By: _/s/ Sassan Masserat_

Sassan Masserat
(*smasserat@masseratlaw.com*)
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
Telephone: (310) 601-3034
Facsimile: (310) 943-2315
Attorneys for Plaintiff
**YAYYO, INC.**

## ATTESTATION OF AUTHORIZATION

Pursuant to L.R. 5-4.3.4(a)(2), the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ David L. Brandon
David L. Brandon