SASSAN J. MASSERAT, SBN 231104
SMasserat@MasseratLaw.com
**MASSERAT LAW GROUP**
468 North Camden Drive, Second Floor
Beverly Hills, California 90210
Telephone: (310) 601-3034
Facsimile: (310) 943-2315

Attorneys for Plaintiff,
YAYYO, INC., a Delaware corporation

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YAYYO,INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HURST CAPITAL, LLLP, a limited liability limited partnership, et al.,<br><br>Defendants. | Case No: 2:16-CV-08653-TJH-E<br>Assigned to Hon. Terry J. Hatter, Jr.<br><br>**PLAINTIFF'S UNILATERAL STATUS REPORT.**<br><br>Action Filed: November 21, 2016<br>Trial Date: Not set. |

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff YAYYO, INC. ("Plaintiff" or "Yayyo") files this Unilateral Status Report explaining its position in terms of compliance with FRCP 26.

## I. PROCEDURAL BACKGROUND

On November 21, 2016 Plaintiff filed suit against multiple defendants [Docket No. 1].

On January 31, 2017, defendant RYAN O'CONNOR filed his Motion to Compel Arbitration [Docket No. 50]

On March 16, 2017, defendant JOSEPH ANDREINI filed a Joint Notice of Settlement of all claims as to said defendant [Docket No. 57]

On March 21, 2017, defendants ROBERT LISIESCKI, CHRISTOPHER GILBERT, and JOSEPH HOFFMAN filed their joint Motion to Compel Arbitration [Docket No. 62]

**III. PLAINTIFF'S ATTEMPTS TO COMPLY WITH FRCP 26**

On March 27, 2017, Plaintiff attempted, via counsel, to discuss FRCP 26 requirements and related matters with counsels for defendant RYAN O'CONNOR and counsel for defendants ROBERT LISIESCKI, CHRISTOPHER GILBERT, and JOSEPH HOFFMAN. At that time, counsel for defendants ROBERT LISIESCKI, CHRISTOPHER GILBERT, and JOSEPH HOFFMAN did not respond, while counsel for defendant RYAN O'CONNOR indicated that given the pending Motion to Compel Arbitration, there was nothing to discuss.

On April 10, 2017, in a further attempt to comply with FRCP 26 requirements, Plaintiff again contacted (in writing) counsels for all above-named defendants, encouraging a meeting to discuss case management, discovery issues, and settlement. Once again, counsel for defendants ROBERT LISIESCKI, CHRISTOPHER GILBERT, and JOSEPH HOFFMAN did not respond, while counsel for defendant RYAN O'CONNOR indicated that given the pending Motion to Compel Arbitration, they would not be participating in any discovery or other proceeding.

It is Plaintiff's understanding that pending the resolution of a potentially dispositive motion (such as, presumably, the above mentioned Motions to Compel) there is no right to withhold making initial discovery disclosures, and the parties are not dispensed with their statutory obligations under FRCP 26.

Respectfully submitted,

DATED: April 17, 2017 **MASSERAT LAW GROUP**

By: /s/ Sassan Masserat
Sassan Masserat, Esq.
Attorney for Plaintiff